

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2014

No. 04-12-00630-CV

**THE HUFF ENERGY FUND, L.P.**, WRH Energy Partners, L.L.C., William R."Bill" Huff, Rick D'Angelo, Ed Dartley, Bryan Bloom, and Riley-Huff Energy Group, LLC, Appellants

v.

**LONGVIEW ENERGY COMPANY**, Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 11-09-12583-ZCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Justice
              Marialyn Barnard, Justice
              Luz Elena D. Chapa, Justice

The clerk's record in this appeal was filed August 8, 2013. On September 30, 2014, appellants filed an unopposed motion asking this court to order the district clerk to file a supplemental clerk's record. In the motion, appellants contend that they and appellee filed requests for supplemental records with the district clerk's office months ago, but the requested supplemental records were never filed despite numerous telephone calls and assurances from the district clerk that the requested supplemental records would be filed.

Accordingly, we **GRANT** appellants' motion and **ORDER** the District Clerk of Zavala County to file a supplemental clerk's record in accordance with Appellants' "Third Request for Supplemental Matters to be Included in the Clerk's Record," which was filed December 2, 2013, and with appellee's April 7, 2014 letter request. We **ORDER** the district clerk to file the supplemental record containing the specified documents in this court on or before **October 13, 2014**.

We **order** the clerk of this court to serve a copy of this order on all counsel and the District Clerk of Zavala County.

It is so **ORDERED** on October 3, 2014.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court